AUGUST 13, 1964

Reap. Dec. 10805.—Joseph Markovits, Inc. v. United States, reappraisement R62/14415.▉ (Initial No. R62/10602.) Reap. Dec. 10708. Motion by plaintiff.